IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN WOODEN/HALL
ADC #139811                                                                                          PLAINTIFF

v.                                       No. 5:11-cv-127-DPM-BD

CURTIS MEINZER and RAMEY                                                    DEFENDANTS

ORDER

The Court has reviewed the partial recommended disposition from U.S. Magistrate Judge Beth Deere, *Document No. 8*, and Defendant Wooden/Hall's objections, *Document No. 13*. Having conducted a *de novo* review of the record, the Court adopts Magistrate Judge Deere's proposal as its own, except for the citation to the unpublished *McClinton* opinion. FED. R. CIV. P. 72(b)(3).

Wooden/Hall's retaliation claims against Meinzer and Ramey are dismissed without prejudice. His claim against Meinzer for violation of ADC policy and procedures is dismissed with prejudice.

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

8 July 2011