IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN WOODEN/HALL
ADC# 139811                                                                    PLAINTIFF

v.                              No. 5:11-cv-127-DPM

CURTIS MEINZER and DEVON RAMEY                              DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's recommended disposition, *Document No. 43*. No one has objected. Seeing no legal error or clear error of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), the Court adopts the proposal as its own. Motion, *Document No. 34*, granted. Wooden/Hall's complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 March 2012