IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JUSTIN WOODEN/HALL**
**ADC# 139811**                                                                 PLAINTIFF

v.                           No. 5:11-cv-127-DPM

**CURTIS MEINZER and DEVON RAMEY**                    DEFENDANTS

JUDGMENT

Wooden/Hall's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 March 2012