IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JUSTIN WOODEN/HALL**
**ADC# 139811**                                                                                                   **PLAINTIFF**

v.                              No. 5:11-cv-127-DPM

**CURTIS MEINZER and DEVON RAMEY**                                   **DEFENDANTS**

JUDGMENT

Wooden/Hall's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

14 March 2012